UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIFY AMERICA LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TAL PINCO, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0652JLR<br><br>ORDER |

Before the court is the parties' stipulated motion for a 30-day extension of the deadlines set forth in the court's June 4, 2025 order regarding initial disclosures and joint status report. (Stip. (Dkt. # 10); 6/4/25 Order (Dkt. # 9).) The parties represent that they are attempting to locate one defendant and are discussing early resolution with two others. (Stip. at 1.) The court GRANTS the parties' stipulated motion and resets the deadline for the parties Federal Rule of Civil Procedure 26(f) conference on July 18, 2025; the deadline for initial disclosures on August 1, 2025, and the deadline for the parties to file their joint status report and discovery plan on August 8, 2025.

ORDER - 1

The court notes that the parties failed to file a proposed order along with their stipulated motion (*see* Dkt. # 10) and that the proposed order the parties separately emailed to the court fails to specify the relief the parties seek.  See Local Rules W.D. Wash. LCR 7(b)(1), 10(g).  Accordingly, counsel for the parties are ORDERED to carefully review this District's Local Civil Rules before filing any further motions with the court.

Dated this 17th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2