W. Greg Lockwood, WSBA No. 52232
wglockwood@grsm.com
Direct Dial: (503) 382-3855
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600
*Attorneys for Plaintiff*

THE HONORABLE James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELECTRIFY AMERICA LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>TAL PINCO, CONNOR GRIFFITH, TRAVIS DEHNING, AND DOES 1-50,<br><br>                Defendants. | CASE NO. 2:25-cv-00652-BAT<br><br>**[PROPOSED] ORDER GRANTING ELECTRIFY AMERICA LLC AND TAL PINCO'S STIPULATED PARTIAL MOTION TO DISMISS** |

## ORDER

Based on Plaintiff Electrify America LLC and Defendant Tal Pinco's Stipulated Partial Motion to Dismiss, it is hereby:

///

///

///

---

**[PROPOSED] ORDER GRANTING ELECTRIFY AMERICA LLC AND TAL PINCO'S STIPULATED PARTIAL MOTION TO DISMISS – Page 1**
(Case No. 2:25-cv-00652-BAT)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

ORDERED that all claims by and between Plaintiff Electrify America LLC and Defendant Tal Pinco are hereby dismissed with prejudice and without costs or attorney fees to any party.

Dated this 1st day of December, 2025.

_____
Honorable James L. Robart

*Presented by:*

GORDON REES SCULLY MANSUKHANI

By:   *s/ W. Greg Lockwood*
W. Greg Lockwood, WSBA No.: 52232
wglockwood@grsm.com
*Attorney for Plaintiff*

JOHANSON LAW GROUP, INC.

By:   *s/ Jim Johnson*
Jim Johanson, WSBA 18072
jim@johansonlaw.com
*Attorney for Tal Pinco*

**[PROPOSED] ORDER GRANTING ELECTRIFY AMERICA LLC AND TAL PINCO'S STIPULATED PARTIAL MOTION TO DISMISS – Page 2**
(Case No. 2:25-cv-00652-BAT)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822